IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| IN RE: <br> PEREYRA, NANCY LILLIANA <br> ROSADO, ISMAEL <br><br><br> Debtor(s) | CASE NO. 13-10063GVL1 KKS <br><br> CHAPTER 7 |

**NOTICE OF HEARING ON APPLICATION FOR COMPENSATION TO PROFESSIONALS [AND OBJECTIONS TO CLAIMS, IF ANY] AND PROPOSED DISTRIBUTION TO CREDITORS OF THE ESTATE**

TO:   ALL PERSONS ON THE COURT'S MAILING MATRIX

NOTICE IS HEREBY GIVEN  that a hearing on the following applications for compensation to professionals:

| | | | |
|---|---|---|---:|
| 1. | US Bankruptcy Court: | $ | 293.00 |
| 2. | Compensation as Trustee's Firm Legal: | $ | 1,820.00 |
| 3. | Compensation as Trustee: | $ | 1,662.52 |
| 4. | Expenses for Trustee: | $ | 210.68 |
| | TOTAL ADMINISTRATIVE EXPENSES: | $ | 3,986.20 |

will be heard before the Honorable KAREN K. SPECIE, United States Bankruptcy Judge, on May 7, 2015, at 10:00 at the U.S. Courthouse, 401 S.E. 1st Avenue, Gainesville, Florida.

FURTHER NOTICE IS HEREBY GIVEN that the above-named Trustee proposes a dividend to the allowed claimants as outlined in the attached Exhibit "A".

NOTICE IS HEREBY GIVEN that all objections to the payment of the compensation and proposed distribution to creditors described above and on Exhibit "A" shall be in writing and shall be filed with the Clerk, United States Bankruptcy Court, 110 East Park Ave, Suite 100, Tallahassee, Florida 32301, and a copy of same shall be served on the Trustee, Theresa M. Bender, Trustee , Tmbenderch7@yahoo.com, Post Office Box 14557, Tallahassee, FL  32317, within twenty (20) days of the date of this notice.  The objections shall state the reasons for the

objection and shall include a request for a hearing on the objection. If no objection is filed, an order will be entered authorizing payment of the above compensation to professionals, distribution to creditors will be made in accordance to and consistent with the Exhibit "A" attached, and a Trustee's Notice of Final Dividend to Creditors will be filed with the Court.

Dated: April 10, 2015            /s/ Theresa M. Bender, Trustee
                                                        Theresa M. Bender, Trustee, Trustee
                                                        Tmbenderch7@yahoo.com
                                                        Post Office Box 14557
                                                        Tallahassee, FL  32317
                                                        (850) 205-7777

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing document was electronically filed with the U.S. Bankruptcy Court on this 10 day of April, 2015, and that it was served electronically on those parties through ECF as evidenced by the attached Notice of Electronic Service. A copy of the foregoing was also furnished by U.S. Mail to the creditor mailing matrix attached hereto.

                                                        /s/ Theresa M. Bender, Trustee
                                                        Theresa M. Bender, Trustee, Trustee

EXHIBIT A

TRUSTEE'S PROPOSED DIVIDENDS

| | | |
|---|---|---:|
| BALANCE ON HAND | $ | 9,004.32 |

CHAPTER 7 ADMINISTRATIVE EXPENSES §507(a)(1):

| | | |
|---|---|---:|
| U.S. CLERK OF THE BANKRUPTCY COURT, US Bankruptcy Court | $ | 293.00 |
| THERESA M. BENDER, P.A., Trustee's Firm Legal | $ | 1,820.00 |
| Theresa M. Bender, Trustee, Trustee | $ | 1,662.52 |
| Theresa M. Bender, Trustee, Trustee | $ | 210.68 |

| | | |
|---|---|---:|
| REMAINING BALANCE ON HAND | $ | 5,018.12 |

CHAPTER 11 ADMINISTRATIVE EXPENSES §507(a)(1):

| Claim # | Creditor | Requested | Allowed | Dividend |
|---|---|---|---|---|

| | | |
|---|---|---:|
| REMAINING BALANCE ON HAND | $ | 5,018.12 |

UNSECURED CLAIMS TIMELY FILED §726(a)(2): Dividend 54.58%

| Claim # | Creditor | Allowed | Dividend |
|---|---|---:|---:|
| 1 | Discover Bank | 2,634.27 | 1,437.67 |
| 2 | Discover Bank | 2,178.30 | 1,188.82 |
| 3 | eCAST Settlement Corporation | 493.23 | 269.18 |
| 4 | Capital One Bank (USA), N.A. | 2,421.81 | 1,321.72 |
| 5 | Portfolio Recovery Associates, LLC | 838.91 | 457.84 |
| 6 | American Express Centurion Bank | 628.28 | 342.89 |

| | | |
|---|---|---:|
| REMAINING BALANCE ON HAND | $ | 0.00 |

Theresa M. Bender
Chapter 7 Trustee
Post Office Box 14557
Tallahassee, FL  32317

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE:  PEREYRA NANCY LILLIANA<br>ROSADO ISMAEL | CASE NO: 13-10063GVL1<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7<br>ECF Docket Reference No. 68<br>Judge: SPECIE<br>Hearing Location: GAINESVILLE<br>Hearing Date: MAY 7 2015<br>Hearing Time: 10:00 A.M.<br>Response Date: |

On 4/10/2015, I did cause a copy of the following documents, described below,

NOTICE OF HEARING ON APPLICATION FOR COMPESATION TO PROFESSIONALS (AND OBJECTIONS TO CLAIMS IF ANY) AND PROPOSED DISTRIBUTION TO CREDITORS OF THE STATE, 68

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 4/10/2015

/s/ Chapter 7 Trustee
Chapter 7 Trustee  749486
Theresa M. Bender
Post Office Box 14557
Tallahassee, FL  32317
850 205 7777
tbenderassist@yahoo.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: PEREYRA NANCY LILLIANA<br>ROSADO ISMAEL | CASE NO: 13-10063GVL1<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 7<br>ECF Docket Reference No. 68<br>Judge: SPECIE<br>Hearing Location: GAINESVILLE<br>Hearing Date: MAY 7 2015<br>Hearing Time: 10:00 A.M.<br>Response Date: |

On 4/10/2015, a copy of the following documents, described below,

NOTICE OF HEARING ON APPLICATION FOR COMPESATION TO PROFESSIONALS (AND OBJECTIONS TO CLAIMS IF ANY) AND PROPOSED DISTRIBUTION TO CREDITORS OF THE STATE, 68

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/10/2015

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Theresa M. Bender
Chapter 7 Trustee
Post Office Box 14557
Tallahassee, FL  32317

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | | | EXCLUDE |
|---|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>1129-1<br>CASE 13-10063-KKS<br>NORTHERN DISTRICT OF FLORIDA<br>GAINESVILLE<br>FRI APR 10 15-11-11 EDT 2015 | CAPITAL ONE N.A.<br>BASS & ASSOCIATES P.C.<br>3936 E. FT. LOWELL ROAD SUITE #200<br>TUCSON AZ 85712-1083 | | ~~UNITED STATES TRUSTEE~~<br>~~110 E. PARK AVENUE~~<br>~~SUITE 128~~<br>~~TALLAHASSEE FL 32301-7728~~ |
| WELLS FARGO DEALER SERVICES<br>P O BOX 19657<br>IRVINE CA 92623-9657 | ECAST SETTLEMENT CORPORATION<br>CO BASS & ASSOCIATES P.C.<br>3936 E FT. LOWELL SUITE 200<br>TUCSON AZ 85712-1083 | | A T AND T<br>P O BOX 105503<br>ATLANTA GA 30348-5503 |
| AR RESOURCES INC.<br>P O BOX 1056<br>BLUE BELL PA 19422-0287 | AMERICAN EXPRESS<br>P O BOX 981537<br>EI PASO TX 79998-1537 | | AMERICAN EXPRESS CENTURION BANK<br>CO BECKET AND LEE LLP<br>POB 3001<br>MALVERN PA 19355-0701 |
| BLUE CROSS<br>PO BOX 44267<br>JACKSONVILLE FL 32231-4267 | CAPITAL CITY BANK<br>2111 N MONROE ST<br>TALLAHASSEE FI 32303-4729 | | CAPITAL ONE BANK (USA) N.A.<br>PO BOX 71083<br>CHARLOTTE NC 28272-1083 |
| CAPITAL ONE N.A.<br>CO BASS & ASSOCIATES P.C.<br>3936 E. FT. LOWELL ROAD SUITE #200<br>TUCSON AZ 85712-1083 | CAPITAL ONEBEST BUY<br>P O BOX 5253<br>CAROI STREAM IL 60197-5253 | | CAPITOL ONE<br>P O BOX 30281<br>SALT LAKE CITY UT 84130-0281 |
| CHASE<br>2500 WESTFIELD DR<br>ELGIN IL 60124-7836 | CHASE BANK USA NA<br>P O BOX 15298<br>WILMINGTON DE 19850-5298 | | CHASE CHA<br>150 W. UNIVERSITY DR<br>AZI-5740<br>TEMPE AZ 85281-3640 |
| CITICARDS CBNA<br>701 E 60 ST N<br>SIOUX FALLS SD 57104-0432 | CITL CARDS CITIBANK<br>P O BOX 6241<br>SIOUX FALLS SD 57117-6241 | | DISCOVER BANK<br>DB SERVICING CORPORATION<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | DOCTORS RAD GRP OF GAINESVILLE<br>10567 SAWMILL PRKY STE 100<br>POWELL OH 43065-6671 | | FL CARDIOLOGY ASSOC OF OCALA LLC<br>40 SW 12TH ST STE A 201<br>OCALA FL 34471-6521 |
| GE JC PENNEY<br>P O BOX 965007<br>ORLANDO FL 32896-5007 | GECRB JC PENNY<br>P O BOX 965001<br>ORLANDO FL 32896-5001 | | GAINESVILLE EMERG MED ASSOC PA<br>P O BOX 37798<br>PHILADELPHIA PA 19101-5098 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

Case 13-10063-KKS    Doc 70    Filed 04/10/15    Page 7 of 7

```
HSBC BANK                              JOSE I MORENO ESQ.                    NCO FINANCIAL SYSTEMS INC.
P O BOX 5253                           240 NW 76TH DRIVE                     P O BOX 15609
CAROL STREAM IL 60197-5253             SUITE D                               WILMINGTON DE 19850-5609
                                       GAINESVILLE FLORIDA 32607-6656


NATIONAL HOSPITAL COLLECTIONS          ONE MAIN FINANCIAL                    PORTFOLIO RECOVERY ASSOCIATES LLC
16 DISTRIBUTOR DR STE 2                300 SAINT PAUL PI BSP13A              PO BOX 41067
MORGAN TOWN WV 26501-7209              BALTIMORE MD 21202                    NORFOLK VA 23541-1067


THE HOME DEPOT L CBNA                  WELLS FARGO DLR SVC I WACHO           WILLISTON FAMILY PRACTICE
P O BOX 6497                           P O BOX 1697                          111 W. NOBLE AVE.
SIOUX FALLS SD 57117-6497              WINTERVILLE NC 28590-1697             WILLISTON FL 32696-2027


                                                                             DEBTOR
ISMAEL ROSADO                          JOSE I. MORENO                        NANCY LILLIANA PEREYRA
911 NE SR 121                          JOSE I MORENO P.A.                    911 NE SR 121
WILLISTON FL 32696-8673                240 NW 76TH DRIVE SUITE D              WILLISTON FL 32696-8673
                                       GAINESVILLE FL 32607-6656


EXCLUDE

THERESA M. BENDER                      THERESA M. BENDER P.A.
P.O. BOX 14557                         PO BOX 14557
TALLAHASSEE FL 32317-4557              TALLAHASSEE FL 32317-4557
```